# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -00150(1) |
| | § |
| (1) Payton Louis Ward | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 20, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On January 20, 2022, defendant Payton Ward was encountered by Border Patrol Agents driving a dark blue 2006 Dodge Ram pickup traveling north on FM 2644 toward Carrizo Springs, Texas, within the Western District of Texas. Agents conducted an immigration inspection of the vehicle and observed several passengers attempting to flee. Agents detained all occupants in the vehicle for investigation and determined four*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Fuentes, Rubi
Border Patrol Agent

01/24/2022                                at    DEL RIO, Texas
File Date                                       City and State

COLLIS WHITE                                    _____
UNITED STATES MAGISTRATE JUDGE                  Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:22-M-00150(1)

(1) Payton Louis Ward

**Continuation of Statement of Facts:**

passengers were citizens of Mexico and admitted to illegally entering the United States. At the station, the defendant provided a sworn statement admitting to being a coordinator for smuggling jobs and would sometimes act as a scout; recently he stated he lost several drivers due to being arrested and had accumulated a debt of $12,000. He stated his job was to pick up illegal aliens and take them to a stash house in Carrizo Springs to work off $9,000 of his debt."

_____
Signature of Judicial Officer

_____
Signature of Complainant